IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

vs.         *        Case No.  1:22-cr-00353-ELH

Tavares Luck

******

**MEMORANDUM OPINION AND ORDER REGARDING
DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE**

      The Court is in receipt of Defendant's Motion to Modify release conditions to remove the conditions of curfew and electronic monitoring to further accommodate employment.  Defendant represents that Pretrial Services does not oppose his request, although the Government does.  As the Court has stated on many previous occasions, once the Court makes its decision on release conditions, it defers to Pretrial Services' expertise on the best way to implement those conditions.  On some occasions, that leads to more strict conditions than the Defendant is asking for, and on other occasions, less stringent conditions than those requested by the Government.  The Court will follow Pretrial Services recommendation here and grant Defendant's motion.

 11/18/2024
Date

J. Mark Coulson
United States Magistrate Judge